

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL.**,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

# O R D E R

On January 29, 2020, we ordered that appellant provide written proof to this court by February 10, 2020, that appellant has requested the court reporter to prepare the reporter's record and that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) appellant is entitled to appeal without paying the reporter's fee. We further ordered that the reporter's record must be filed no later than ten days after appellant's written proof is filed with the court. On February 7, 2020, appellant advised the court that he had paid the reporter's fee for the record. To date, neither the reporter's record nor a subsequent notice of late record has been filed.

Accordingly, it is ORDERED that court reporter Mary Beth Sasala must file the reporter's record **no later than March 12, 2020.** If the reporter's record is not filed by such date, **a show cause order may be issued** directing Mary Beth Sasala to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Sasala by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable Aaron Haas, Judge of the 408th Judicial District Court, Bexar County, Texas.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court